IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:07cr35-SPM

TRAVIS HOLLAND,

    Defendant.
_____/

## ORDER DENYING SECOND MOTION TO MODIFY SENTENCE

This cause comes before the Court on Defendant Travis Holland's Second Motion to Modify Sentence, filed on September 3, 20009. Doc. 25. This motion is identical to the motion (doc. 25) filed on August 24, 2009. The reason for the duplication is that Defendant sent one copy of his motion to the clerk of the court and another copy, care of the clerk, to this judge.

An order (doc. 27) has already been issued denying the first motion. For the same reasons, the second motion is also denied.

SO ORDERED this 10th day of September, 2009.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge